# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0354

———————————————

BOBBY R. DURHAM,

    Petitioner,

v.

RICKY D. DIXON, Secretary, Fla.
Dept. of Corrections,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 2, 2024

PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Bobby R. Durham, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.